1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8      MARY ANNE PRUSSING,                          CASE NO. C24-1708-KKE

9                        Plaintiff,                 ORDER DENYING STIPULATED
             v.                                     MOTION FOR EXTENSION

10     FRED MEYER STORES INC., et al.,

11                       Defendants.

12          This matter comes before the Court on the parties' stipulated motion to continue the case

13   schedule.  Dkt. No. 14.  Although the parties have shown good cause to continue the trial date and

14   related pretrial deadlines, the Court's calendar cannot accommodate the parties' proposed trial

15   schedule.

16          Accordingly, the motion is DENIED without prejudice to refiling.  Dkt. No. 14.  The parties

17   should contact Courtroom Deputy Diyana Staples at diyana_staples@wawd.uscourts.gov for

18   assistance in selecting a new trial date, before re-filing a stipulated motion to continue.

19          Dated this 25th day of April, 2025.

20

21

22          Kymberly K. Evanson
            United States District Judge

23

24

ORDER DENYING STIPULATED MOTION FOR EXTENSION - 1