UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY ANNE PRUSSING, | CASE NO. C24-1708-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION |
| v. | |
| FRED MEYER STORES INC., et al., | |
| Defendant(s). | |

The Court finds good cause to GRANT the parties' stipulated motion to continue the case schedule. Dkt. No. 17. The Clerk shall enter an amended case schedule consistent with the parties' stipulated motion.

Dated this 9th day of May, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1