UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY ANNE PRUSSING,<br><br>      Plaintiff(s),<br> v.<br><br>FRED MEYER STORES INC., et al.,<br><br>      Defendant(s). | CASE NO. C24-1708-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE |

  The parties stipulated to a continuance of the trial date and case schedule. Dkt. No. 19. The Court finds good cause to support a continuance, and therefore GRANTS the stipulated motion. The previous trial date and case schedule (Dkt. No. 18) are VACATED. The courtroom deputy is directed to issue an amended case schedule based on the parties' agreed-upon trial date of June 1, 2026, beginning with the deadline for disclosure of expert testimony, and consistent with the Court's standard case schedule.

  If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

  Dated this 30th day of September, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE - 1